IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROLE DUDLEY,<br>    **Plaintiff,** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-5110 |
| | : | |
| EDWARD FOY, *et al.*,<br>    **Defendants.** | : | |

**FILED**

DEC 0 7 2018

KATE BARKMAN, Clerk
By_____ Dep. Clerk

<u>ORDER</u>

AND NOW, this 6th day of December, 2018, upon consideration of *pro se* Plaintiff Carole Dudley's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), Complaint (ECF No. 2), and Motion (ECF No. 3), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Dudley's Complaint is **DISMISSED** in accordance with the Court's Memorandum. Any federal claims are **DISMISSED with prejudice** for failure to state a claim. Any state law claims are **DISMISSED for lack of subject matter jurisdiction without prejudice** to Dudley filing them in state court, if appropriate. Dudley may not file an amended complaint in this matter.

3. Dudley's Motion (ECF No. 3) is **DENIED**.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II, J.

ENT'D DEC 1 0 2018